IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEREMIE BROOKS**             **PLAINTIFF**

V.          **CASE NO. 3:20-CV-385-DPM-BD**

**KEVIN MOLDER,** *et al.*            **DEFENDANTS**

## ORDER

Jeremie Brooks, an inmate at the Poinsett County Detention Center, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) Mr. Brooks complains that Defendants failed to provide him with adequate medical care. His complaint, however, lacks critical information. Mr. Brooks has not explained: what his medical needs are; whether each Defendant was aware of his need for medical treatment; and whether any Defendant denied his request for medical care.

Mr. Brooks will have an opportunity to file an amended complaint to clarify his constitutional claims. In his amended complaint, Mr. Brooks must provide the missing information set out above. The amended complaint must be filed no later than Monday, December 14. Unless Mr. Brooks files an amended complaint within the time allowed, the Court will likely dismiss this case for failure to state a federal claim for relief.

IT IS SO ORDERED, this 30th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE