# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEREMIE BROOKS**                                                                                     **PLAINTIFF**

**V.**                          **CASE NO. 3:20-CV-385-DPM-BD**

**KEVIN MOLDER,** *et al.*                                                                        **DEFENDANTS**

## ORDER

      Jeremie Brooks, an inmate at the Poinsett County Detention Center, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Doc. No. 2) Mr. Brooks complains that Detention Center Defendants failed to provide him with adequate medical care. His original complaint, however, lacked critical information. Accordingly, the Court gave Mr. Brooks an opportunity to file an amended complaint to further explain his claims. (Doc. No. 4)

      Mr. Brooks has now filed an amended complaint. (Doc. No. 5) For screening purposes, he has stated deliberate-indifference claims against all Defendants. Accordingly, the Clerk is instructed to prepare summonses for the Defendants; and the Marshal is directed to serve the Defendants with summonses and copies of the complaint and the amended complaint, with attachments (Doc. Nos. 2, 5), without requiring prepayment of fees and costs or security. Service for the Defendants should be attempted through the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432.

2

IT IS SO ORDERED, this 17th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE