IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMIE BROOKS
ADC #660149                                                          PLAINTIFF

v.                       No. 3:20-cv-385-DPM

KEVIN MOLDER, Sheriff, Poinsett
County Detention Facility; TRISH
MARSHALL, Administrator, Poinsett
County Detention Facility; DOYLE
RAMEY, Jail Supervisor, Poinsett County
Detention Facility; SUSAN COX, Nurse,
Poinsett County Detention Facility; and
REGINA HINDMAN                                                      DEFENDANTS

## JUDGMENT

Brooks's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 September 2021